# 15-25-00015-CV

ACCEPTED
15-25-00015-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/21/2025 11:11 AM
CHRISTOPHER A. PRINE
CLERK

## Challenge to Constitutionality of a State Statute

This form must be completed by a party filing a petition, motion or other pleading challenging the **constitutionality of a state statute.** The completed form must be filed with the court in which the cause is pending as required by Section 402.010 (a-1), Texas Government Code.

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/21/2025 11:11:00 AM
CHRISTOPHER A. PRINE
Clerk

**Cause Number** *(For Clerk Use Only):*        **Court** *(For Clerk Use Only):*

Styled:   Jamie Smith, in his official capacity as District Clerk of Jefferson County, Texas vs. Megan Lavoie, in her official capacity as Administrative Director Texas Office of Court Administration

(e.g., John Smith v. All American Insurance Co.; in re Mary Ann Jones; In the Matter of the Estate of George Jackson).

**Contact information for party\* challenging the constitutionality of a state statute.** *(\*If party is not a person, provide contact information for party, party's representative or attorney.)*

| | | |
|---|---|---|
| Name: | William H. Farrell | Telephone: 512-936-2650 |
| Address: | P.O. Box 12548, Capitol Station, N | Fax: 512-320-0667 |
| City/State/Zip: Austin, Texas 78711-2548 | | State Bar No. (if applicable): 00796531 |
| Email: | biff.farrell@oag.texas.gov | |

Person completing this form is:   ☑ Attorney for Party  ☐ Unrepresented Party ☐ Other:

**Identify the type of pleading you have filed challenging the constitutionality of a state statute.**

☑ Petition       ☐ Answer       ☐ Motion (Specify type):

☐ Other:

**Is the Attorney General of the State of Texas a party to or counsel in this cause?**

☑ Yes  ☐ No

**List the state statute(s) being challenged in your pleading and provide a summary of the basis for your challenge.** (Additional pages may be attached if necessary.)

In the trial court, in pertinent part, Appellant sought to have the court declare that:
- The use of the Press Review Tool (PRT) by court clerks discloses "sensitive data" and violates Rule 21c of the Texas Rules of Civil Procedure.
- Court clerks' compliance with Rule 21c does not violate the public/media's right to court access.
- Court clerks' compliance with the Technology Standards set forth by the Judicial Committee on Information Technology of February 2024 does not violate the public/media's right to court access, including section 4.8.3.
- Providing the public/media with access within 24 hours to newly filed civil, non-family, lawsuits does not violate the public/media's First Amendment of the United States Constitution.
- The First Amendment to the United States Constitution does require instantaneous access to newly filed original petitions in Texas State Courts as the same is not being done in federal courts.
- The PRT, because its access is limited to Appellee, Courthouse News Service ("CNS"), and is not available to the public at large, violates the First Amendment Constitutional Right of equal access to information to the citizens of the State of Texas because the right of access to information is being provided to CNS but not citizens generally. See, Branzburg v. Hayes, 408 U.S. 665, 684, 92 S.Ct. 2646, 2658, 33 L.Ed.2d 626 (1972) ("··· the First Amendment does not guarantee the press a constitutional right of special access to information not available to the public generally.") (string cite omitted).
- Appellee, Megan Lavoie's, in her official capacity as Administrative Director Texas Office of Court Administration ("OCA"), entering into the OCA/Tyler Technology Amendment to the Master Agreement constituted a gift of public funds to CNS in violation of article III, subsection 52(a) of the Texas Constitution.

9/5/13

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sandra Mott on behalf of Quentin Price
Bar No. 16303740
sandra.mott@jeffersoncountytx.gov
Envelope ID: 97646417
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement
Status as of 2/21/2025 11:51 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Quentin D.Price | | Quentin.Price@jeffersoncountytx.gov | 2/21/2025 11:14:39 AM | SENT |
| Sandra Mott | | Sandra.Mott@jeffersoncountytx.gov | 2/21/2025 11:14:39 AM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 2/21/2025 11:14:39 AM | SENT |
| Matthew Dow | | mdow@jw.com | 2/21/2025 11:14:39 AM | SENT |
| Nicole Myette | | nicole.myette@oag.texas.gov | 2/21/2025 11:14:39 AM | SENT |
| John Edwards | | jedwards@jw.com | 2/21/2025 11:14:39 AM | SENT |